IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CROWN CASTLE USA, INC. and PINNACLE TOWERS, LLC<br>    Plaintiffs,<br><br>   v.<br><br>TELECOMMUNICATIONS CONTRACTING COMPANY, INC., and ADMIRAL INSURANCE COMPANY,<br>    Defendants. | Civil Action No: 1:14-cv-0122-JEC |

### TELECOMMUNICATION CONTRACTING COMPANY, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COME NOW TELECOMMUNICATION CONTRACTING COMPANY, INC. ("TCC"), and, pursuant to Fed. R. Civ. P. 7.1 and L.R 3.3, hereby files its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

**1.** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties to this action, including any party corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiffs:**     Crown Castle USA, Inc.

and

Pinnacle Towers, LLC

**Defendants:** Telecommunications Contracting Company, Inc.

and

Admiral Insurance Company

**2. The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.**

**Defendant TCC:** Wireless Facilities, Inc.

**3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

**Plaintiffs:** John O'Shea Sullivan
Ashby K. Fox
Tala Amirfazli
Burr & Forman, LLP
171 17th Street NW, Ste. 1100
Atlanta, Georgia  30363

**Defendant TCC:** Paul W. Burke
Myles Levelle
Drew Eckl & Farnham, LLP
880 W. Peachtree Street
Atlanta, GA  30309
pburke@deflaw.com
mlevelle@deflaw.com

**Defendant Admiral Ins. Company:**       Wade K. Copeland
Charles M. McDaniel
Erica L. Parsons
Carlock, Copeland & Stair, LLP
191 Peachtree St. NE, Ste. 3600
Atlanta, Georgia  30303

This  _14th_  day of  January, 2014.

    Respectfully submitted,

    DREW ECKL & FARNHAM, LLP

    */s/ Paul W. Burke*_____
    Paul W. Burke
    Georgia Bar No. 095642

     */s/ Myles Levelle*  _____
    Myles Levelle
    Georgia Bar No. 313211

    Attorneys for Defendant TCC

880 W. Peachtree Street
Atlanta, GA   30309
(404) 885-1400
(404) 876-0992 (fax)
pburke@deflaw.com
mlevelle@deflaw.com

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served attorney for the plaintiff with the foregoing **TELECOMMUNICATION CONTRACTING COMPANY, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** by using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| John O'Shea Sullivan<br>Ashby K. Fox<br>Tala Amirfazli<br>Burr & Forman, LLP<br>171 17th Street NW, Ste. 1100<br>Atlanta, Georgia  30363 | Wade K. Copeland<br>Charles M. McDaniel, Jr.<br>Erica L. Parsons<br>Carlock, Copeland & Stair, LLP<br>191 Peachtree St. NE, Ste. 3600<br>Atlanta, Georgia  30303 |

This _14th_ day of  January, 2014.

                                        */s/ Paul W. Burke*_____
                                        Paul W. Burke
                                        Georgia Bar No. 095642

880 W. Peachtree Street
Atlanta, GA  30309
(404) 885-1400
(404) 876-0992 (fax)
5040216/1
00151-081468

Counsel for Defendant TCC certifies that this pleadings complies with Local Rule 7.1D.